BLACKSTONE *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

COBB, J.   Upon the trial of an action for damages against a railroad company it
appeared that the plaintiff was injured by being knocked from a moving train
in the yard of the defendant by an electric-light pole which was erected too
near the track, that the plaintiff was a yardmaster in the employ of the de-
fendant, and that not only were his duties as yardmaster and his familiarity
with the yard such as to charge him with knowledge of the location of the
pole, but there was evidence tending to show that he had actual knowledge
of its location.   *Held*, that the plaintiff was not entitled to recover, and a
nonsuit was properly awarded in the case.   See *East Tenn. Rwy. Co.* v. *Head*,
92 *Ga.* 723 ; *Walker* v. *Atlanta & West Point Railroad Co.*, 103 *Ga.* 820 ;
*Blackstone* v. *Railway Co.*, 105 *Ga.* 381, 383.

> *Judgment affirmed.    All the Justices concurring.*

> Argued January 30, — Decided February 25, 1901.

Action for damages.   Before Judge Brinson.   Richmond superior
court.   February 9, 1900.

*H. C. Roney*, for plaintiff.   *J. C. C. Black*, for defendant.

---

POOLE *v.* THE STATE.

LITTLE, J.   The principles of law which control the decision of this case, so far
as relates to the merits thereof, were involved, considered, and determined in
the case of *Connally* v. *State*, 112 *Ga.* 196 ; and, under the rulings there made,
the judgment overruling the general grounds of the motion for a new trial
will not be disturbed.   There was no merit in any of the special grounds of
that motion.

> *Judgment affirmed.    All the Justices concurring, except Cobb, J., absent.*

> Argued February 18, — Decided February 26, 1901.

Indictment for incest.   Before Judge Russell.   Gwinnett supe-
rior court.   January 5, 1901.

*W. E. Simmons*, for plaintiff in error.
*C. H. Brand, solicitor-general*, contra.